J. Carroll Sheridan et al. v. United States

No. 7400.—Invoices dated Stoke on Trent, England, December 1944, etc.
　　　Certified December 1944, etc.
　　　Entered at New York, N. Y., February 9, 1945, etc.
　　　Entry Nos. 720946; 706758.

(Decided October 7, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Johnson, Judge:  The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
　(Stipulation omitted.)
　On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
　Judgment will be rendered accordingly.

Hans Ohrt v. United States

No. 7401.—Invoice dated London, England, April 26, 1946.
　　　Certified April 29, 1946.
　　　Entered at Los Angeles, Calif., June 20, 1946.
　　　Entry No. DE 5001.

(Decided October 10, 1947)

*Lawrence, Tuttle & Harper (George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Oliver, Presiding Judge:  This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
　(Stipulation omitted.)
　On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by the Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was sterling 9–9–3 per unit, plus packing.
　Judgment will be rendered accordingly.